Alexander Lubarsky, ESQ. SBN 182691
Community Legal Centers
P.O. BOX 605
San Mateo, CA 94401
Telephone: (415) 370-7893
Fax: (650) 401-6621
Email: alubarsky@enterusa.com

Attorney for Debtor
Jason P Hagberg

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

In re

JASON P HAGBERG

Debtor

Case No.: ~~14-55318CN~~ 12-56432

Chapter 13

**NOTICE OF VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7 CASE**

NOTICE IS HEREBY GIVEN that the Debtor, Jason P. Hagberg, herein respectfully represents:

1. A voluntary petition for relief under Chapter 13 of Title 11 of the United States Code was filed herein on August 31, 2012.

2. Debtor is eligible to be Debtor under Chapter 7 of Title 11 of the United States Bankruptcy Code.

3. The Debtor has not previously converted his case.

WHEREFORE, the Debtor prays for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

Dated: November 3, 2014

/s/ Alexander Lubarsky
Attorney for Debtor

1     I, Jason P. Hagberg, certify and declare under penalty of perjury of perjury uner the laws of the United
2 States of America and the State of California that the foregoing is true and correct.

4 DATED: _____ 11/6/14
                  Jason P. Hagberg

CERTIFICATE OF SERVICE BY MAIL

I the undersigned, declare:

I am a citizen of the United States, over the age of 18 years, not a party to the within entitled action, and am employed In the City and County of **SAN FRANCISCO**, State of California.

I served on November 10, 2014 by placing in the United States Postal Service – regular post – in San Mateo, California:

**One Copy of:** Notice of Voluntary Conversion from Chapter 13 to Chapter 7 Case

**Devin Derham Burk**
**Chapter 13 Standing Trustee**
**PO Box 50013**
**San Jose, CA 95150-0013**

Dated: November 10, 2014   Signed: /s/Alexander H. Lubarsky
        Alexander H. Lubarsky, LL.M, Esq.