```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                              Case No. 12-56432-ASW
Jason P. Hagberg                                                    Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0971-5          User: nortiz              Page 1 of 2              Date Rcvd: Nov 12, 2014
                              Form ID: B9A             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2014.
db             +Jason P. Hagberg,    1053 Sycamore Dr,    Millbrae, CA 94030-1042
smg            ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                 SACRAMENTO CA 94279-0029
               (address filed with court: State Board of Equalization,
                 Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,    Sacramento, CA   94279)
12961792       +Asset Acceptance LLC assignee  WAMU/PROVIDIAN BANK,     PO Box 2036,    Warren, MI 48090-2036
12847682       +Cba Collection Bureau,    25954 Eden Landing Rd,    Hayward, CA 94545-3837
12847688       +Innovat Col,    Po Box 3500,   Tustin, CA 92781-3500
12847690        Jenny Wolfes,    101 Metro Drive, Suite 250,    San Jose, CA 95110-1343
12847691        State Board of Equalization,    Account & Analysis & Control Section MIC,    PO Box 942879,
                 Sacramento, CA 94279-0029
12903859        State Board of Equalization,    Special Operations Branch MIC:55,    PO BOX 942879,
                 SACRAMENTO CA 94279-0055
12847692        State of CA,    Franchise Tax Board,    Bankruptcy Section MS A 340,    Sacramento, CA 95812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: alubarsky@enterusa.com Nov 13 2014 03:35:37      Alexander H. Lubarsky,
                 Community Legal Centers,    P.O. Box 605,    San Mateo, CA  94401
tr             +EDI: BFHJELMESET.COM Nov 13 2014 03:23:00      Fred Hjelmeset,    P.O.Box 4188,
                 Mountain View, CA 94040-0188
smg             EDI: EDD.COM Nov 13 2014 03:23:00      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Nov 13 2014 03:18:00      CA Franchise Tax Board,    Attn: Special Procedures,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
smg             EDI: IRS.COM Nov 13 2014 03:23:00      IRS,    P.O. Box 7346,    Philadelphia, PA  19101-7346
ust             E-mail/Text: ustpregion17.sj.ecf@usdoj.gov Nov 13 2014 03:36:25
                 Office of the U.S. Trustee / SJ,    U.S. Federal Bldg.,    280 S 1st St. #268,
                 San Jose, CA  95113-3004
cr             +EDI: CAUT.COM Nov 13 2014 03:23:00      JPMORGAN CHASE BANK, N.A.,    201 N. Central Avenue,
                 Mail Code: AZ1-1191,    Phoenix, AZ 85004-0073
12847680       +EDI: CINGMIDLAND.COM Nov 13 2014 03:18:00      ATT,    5407 Andrews Hwy,    Midland, TX 79706-2851
12961825       +EDI: ACCE.COM Nov 13 2014 03:23:00      Asset Acceptance LLC assignee  CITIBANK,    PO Box 2036,
                 Warren, MI 48090-2036
12847679       +EDI: ACCE.COM Nov 13 2014 03:23:00      Asset Acceptance Llc,    Po Box 1630,
                 Warren, MI 48090-1630
12847681       +EDI: BANKAMER2.COM Nov 13 2014 03:23:00      Bk Of Amer,    P.O. Box 17054,
                 Wilmington, DE 19884-0001
12847683       +EDI: CITICORP.COM Nov 13 2014 03:23:00      Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
12847684       +EDI: EDD.COM Nov 13 2014 03:23:00      EDD,    State of CA,    BK Unit MIC 92E,    POB 826880,
                 Sacramento, CA 94280-0001
13122048        EDI: EDD.COM Nov 13 2014 03:23:00      Employment Development Department,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramneto, CA 94280-0001
12847685       +E-mail/Text: bknotice@erccollections.com Nov 13 2014 03:36:33      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
12847686       +EDI: AMINFOFP.COM Nov 13 2014 03:23:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
12847687       +EDI: FORD.COM Nov 13 2014 03:18:00      Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
12899019       +EDI: CALTAX.COM Nov 13 2014 03:18:00      Franchise Tax Board,    Bankruptcy Section MS A340,
                 PO Box 2952,    Sacramento, CA 95812-2952
12897408       +EDI: CAUT.COM Nov 13 2014 03:23:00      JPMorgan Chase Bank, N.A,
                 201 N Central Ave Mail Code:Az1-1191,    Phoenix Arizona 85004-0073
12911108       +E-mail/Text: csidl@sbcglobal.net Nov 13 2014 03:36:59      Premier Bankcard/ Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12847689*       Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2014                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2014 at the address(es) listed below:
              Alexander H. Lubarsky    on behalf of Debtor Jason P. Hagberg alubarsky@enterusa.com
              Fred Hjelmeset    fhtrustee@gmail.com, CA90@ecfcbis.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov,  ltroxas@hotmail.com
                                                                                              TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Jose)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 8/31/12 and was converted to a case under chapter 7 on 11/8/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jason P. Hagberg
1053 Sycamore Dr
Millbrae, CA 94030

| Case Number:<br>12−56432 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx−xx−6221 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Alexander H. Lubarsky<br>Community Legal Centers<br>P.O. Box 605<br>San Mateo, CA 94401<br>Telephone number: (650) 347−6191 | Bankruptcy Trustee (name and address):<br>Fred Hjelmeset<br>P.O.Box 4188<br>Mountain View, CA 94040<br>Telephone number: (650)386−5634<br>Email: fhtrustee@gmail.com |

### Meeting of Creditors
Date: **December 9, 2014**  Time: **10:00 AM**
Location: **U.S. Federal Bldg., 280 S 1st St. #130, San Jose, CA 95113**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 2/9/15**

All claims actually filed by a creditor before conversion of the case are deemed filed in the chapter 7 case.

### Deadline to Object to Exemptions:
If this case has been converted, a new deadline to object to exemptions arises unless: (1) the conversion took place more than one year after a plan was first confirmed, or (2) the deadline had previously expired while the case pending under Chapter 7.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113<br>Telephone number: 408−278−7500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Edward J. Emmons |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 11/12/14 |

# EXPLANATIONS

FORM B9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––